1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  ERROL JOSEPH SCORZA, IV, | Case No. 2:24-cv-11221-PA-SSC |
| 11           Petitioner, | **ORDER ACCEPTING** |
| 12      v. | **FINDINGS, CONCLUSIONS,** |
| 13  OFFICE OF THE ATTORNEY | **AND RECOMMENDATIONS OF** |
| 14  GENERAL FOR THE STATE OF | **UNITED STATES** |
| 15  CALIFORNIA, et al., | **MAGISTRATE JUDGE AND** |
| 16           Respondents. | **DENYING CERTIFICATE OF** |
| 17 | **APPEALABILITY** |

18
19       Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition,
20  all of the records herein, and the Report and Recommendation of United
21  States Magistrate Judge to which no objections were filed.  The Court
22  accepts the findings and conclusions of the Magistrate Judge in the
23  Report and Recommendation.
24       IT IS ORDERED that judgment be entered dismissing this action
25  without prejudice to refiling if authorized by the Ninth Circuit.
26       Further, the Court finds that Petitioner has not made a
27  substantial showing of the denial of a constitutional right or that the
28  court erred in its procedural ruling and, therefore, a certificate of

1  appealability will not issue in this action.  See 28 U.S.C. § 2253(c)(2);
2  Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003);
3  *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

5  DATED:  June 2, 2025    _____
6                                             PERCY ANDERSON
                                          UNITED STATES DISTRICT JUDGE

2