UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERROL JOSEPH SCORZA, IV,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>OFFICE OF THE ATTORNEY GENERAL FOR THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　　Respondents. | Case No. 2:24-cv-11221-PA-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice to refiling if authorized by the Ninth Circuit.

DATED: June 2, 2025

　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE